IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN R. MASSEY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-00604-KD-N |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER

Plaintiff has filed a motion to proceed without prepayment of fees and costs (Doc. 2) which has been referred to the undersigned for pretrial disposition pursuant to 28 U.S.C. § 636(b)(3) and Local Rule 72.2(c)(1). Upon review of the motion, the undersigned finds a need to request clarification of one matter. It is, therefore,

**ORDERED** that the plaintiff file a supplement to his motion by **no later than November 25, 2011** and therein advise this Court of plaintiff's employment history, specifically the following:

    a.    The identity of plaintiff's last employer.

    b.    Date of plaintiff's last employment.

    c.    Amount of salary and wages received per month in last employment.

Upon receipt of plaintiff's supplementation, the Court will again take the motion to proceed without prepayment of fees under submission.

**DONE** this 27th day of October, 2011.

                                          /s/ Katherine P. Nelson
                                          **KATHERINE P. NELSON**
                                          **UNITED STATES MAGISTRATE JUDGE**